1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

3

4    CAROLYN FOWLER,

No.  C 06-04716 SBA

**ORDER**

[Docket No. 68]

5                    Plaintiff,

6      v.

7    POST MASTER GENERAL JOHN
     POTTER U.S. Postal Service, *et al.*,

8                    Defendants.

9    _____

10

11          Before the Court is defendants' Ex Parte Motion to Allow Trial Deposition for Unavailable

12    Witness or in Alternative to Allow for Testimony Via Video Conference (the "Motion") [Docket

13    No. 68].  The Court DENIES the Motion for the following reasons.  First, defendants provide no

14    reason for requesting relief ex parte.  Civil Local Rule 7-10 requires any ex parte request be

15    supported by legal authority providing for such a request ex parte, which defendants have not

16    provided.  Second, this Court's Standing Order for Civil Trials requires a movant meet and confer

17    prior to seeking relief from this Court.  Defendants have not indicated in their moving papers that

18    they met and conferred with plaintiff.  As defendants seek to take a deposition on July 2, 2008, there

19    is still ample time for them to obtain a stipulated request from all parties, or at least explain to the

20    Court why such a request was unobtainable.  Accordingly, the Court DENIES the Motion without

21    prejudice.

22

23          IT IS SO ORDERED.

24

25    June 16, 2008                          _____
                                              Saundra Brown Armstrong
26                                            United States District Judge

27

28