**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

CAROLYN FOWLER,

       Plaintiff,

v.

POST MASTER GENERAL JOHN POTTER U.S. Postal Service, *et al.*,

       Defendants.

No. C 06-04716 SBA

**ORDER**

Due to a conflicting criminal trial which has priority under the Speedy Trial Act of 1974 as amended, the pre-trial conference set for July 1, 2008 is VACATED, and the trial set for July 14, 2008 is VACATED. The parties, however, may not file any additional pre-trial pleadings. To reschedule the pretrial and trial dates, a Case Management Conference is set for July 16, 2008, at 2:45 p.m.[1] The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for All Judges of The Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

June 24, 2008

_____
United States District Judge

---

[1] If, however, the parties stipulate to have a magistrate judge preside over their trial, the Court shall so refer this matter, forthwith.