1  JOSEPH P. RUSSONIELLO (CSBN 443320
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (SBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       Facsimile:  (415) 436-6748
6      E-mail:     melissa.k.brown@usdoj.gov

7  Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| CAROLYN V. FOWLER, | ) | No. C 06-04716 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR ADMISSION OF TRIAL TESTIMONY OF MARY YOUNG** |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN POTTER, Postmaster General for United States Postal Service, | ) ) | Pretrial Conference Date: October 7, 2008 Time: 1:00 p.m. |
| | ) | Ctrm: 3, 3rd Floor |
| Defendant. | ) | |
| | ) | Trial Date: October 15, 2008 |
| | ) | Time:  8:30 a.m |
| | ) | Ctrm: 3, 3rd Floor |

WHEREAS, the trial deposition of Mary W. Young took place on July 15, 2008, in Los Angeles California, during which defendant conducted the direct and redirect of Mary Young, and plaintiff conducted the cross examination of Mary Young;

WHEREAS, such deposition was transcribed by a certified court reporter and video taped by a certified videographer;

WHEREAS, by and through their counsel, the parties plaintiff Carolyn Fowler and defendant John Potter, Postmaster General for United States Postal Service, agreed during the status conference held on July 30, 2008 before this Court that Mary Young was unavailable in accordance with the Federal Rules of Evidence and the Federal Rules of Civil Procedure and that

STIPULATION AND [PROPOSED] ORDER FOR ADMISSION OF TRIAL TESTIMONY OF MARY YOUNG
No. C 06-04716 SBA

the parties could submit portions of Mary Young's testimony at trial;

WHEREAS, pursuant to the parties' agreement on July 30, 2008, the Defendant hereby agrees to withdraw its Motion to Take Trial Deposition of Unavailable Witness Due to Medical Restriction or In Alternative To Allow Testimony via Video Conference;

WHEREAS, both parties have designated portions of the deposition transcript in accordance with this Court's Order for Pretrial Preparation dated August 5, 2008;

ACCORDINGLY, the parties by and through their undersigned counsel hereby stipulate that the deponent Mary Young is unavailable for trial within the meaning of rule 804(a) of the Federal Rules of Evidence, and that the parties may submit excerpts of the testimony given at her deposition on July 15, 2008 in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

So Stipulated

DATED: October 6, 2008                          Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney
                                                       /s
                                                _____
                                                MELISSA K. BROWN
                                                Assistant United States Attorney


                                                       /s
Dated: October 6, 2008                          _____
                                                TANYA MEYERS
                                                Attorney for Plaintiff

STIPULATION AND [PROPOSED] ORDER FOR ADMISSION OF TRIAL TESTIMONY OF MARY YOUNG
No. C 06-04716 SBA

## ORDER

Pursuant to the stipulation of the parties, the deponent Mary Young is unavailable for trial and that the parties may submit excerpts of the testimony given at her deposition on July 15, 2008 in accordance with the Federal Rules of Civil Procedure, 43(a) and 45 (c)(3)(C) and the Federal Rules of Evidence 804 (a)(4) and other applicable Federal Rules of Evidence.

**IT IS SO ORDERED.**

Dated: 10/7/08

SAUNDRA BROWN ARMSTRONG
United States District Court Judge