**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

CAROLYN FOWLER,

       Plaintiff,

v.

POST MASTER GENERAL JOHN POTTER U.S. Postal Service, *et al.*,

       Defendants.

No. C 06-04716 SBA

**ORDER**

Before the Court are (1) Plaintiff's Motions in Limine [Docket No. 97], and Defendants' Opposition [Docket No. 99]; (2) Defendants' Motions In Limine [Docket No. 95], and Plaintiff's Opposition [Docket No. 102]; (3) plaintiff's Objections to Evidence [Docket No. 98]; and (4) defendant's Objections to Evidence [Docket No. 96]. After reading and considering the papers presented, and the argument of counsel at the hearing hereon held on October 7, 2008, the Court rules as follows.

    (1)    The Court DENIES without prejudice all of plaintiff's motions in limine [Docket No. 97], save for her motion to exclude the testimony of witnesses not appearing at trial, which plaintiff has WITHDRAWN.

    (2)    The Court DENIES without prejudice all of defendants' motions in limine [Docket No. 95], save for its second motion to exclude expert opinion presented by plaintiff's witnesses, which the Court GRANTS.

    (3)    The Court OVERRULES without prejudice all of plaintiff's Objections to Defendant's Evidence [Docket No. 98].

    (4)    The Court OVERRULES without prejudice all of defendants's Objections to Evidence [Docket No. 96], save for defendant's objection to expert opinion presented by plaintiff's witnesses, which the Court SUSTAINS.

///

1    Further, the Court ORDERS the parties to a mandatory settlement conference with
2 Magistrate Judge Zimmerman, on October 10, 2008, at 9:00 a.m. The parties shall have present in
3 Judge Zimmerman's chambers a person with *full settlement authority*.
4    The trial set for October 15, 2008, at 8:30 a.m., in Courtroom 3 of the United States
5 Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, is CONTINUED to
6 October 20, 2008, at 8:30 a.m., in the same location.
7    Finally, the Court GRANTS defendants' motion to exclude witnesses.

9    IT IS SO ORDERED.

10   October 8, 2008                              _____
11                                                United States District Judge

2