1 | Tanya R. Meyers, Esq. Bar No.: 148543
LAW OFFICES OF TANYA R. MEYERS
2 | Office:       1300 Clay Street, Ste. 600, Oakland, CA 94612
Mailing:     Post Office Box 291, Mount Eden, CA 94557
3 | Telephone:  (510) 690-0831
Facsimile:   (510) 690-0830

Attorneys for Plaintiff
CAROLYN FOWLER

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN FOWLER, | ) CASE NUMBER: C-06-04716 SBA |
| | ) |
| | ) PLAINTIFF'S REQUEST FOR DISMISSAL; |
| | ) ORDER |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| JOHN POTTER, Postmaster General, U.S. Postal Service; U.S. Postal Service, and, Does 1 through 100, inclusive, | ) |
| | ) |
| Defendants. | ) |

Whereas the parties have entered into a settlement with regard to the above referenced matter;

Whereas this Court has approved the above the settlement; and,

THEREFORE, plaintiff hereby requests that the above referenced matter be dismissed with prejudice.

LAW OFFICE OF TANYA R. MEYERS

December 3, 2008                              /s/
                                        Tanya R. Meyers, Esq.

**PLAINTIFF'S REQUEST FOR DISMISSAL;
[PROPOSED] ORDER**

1

| | |
|---|---|
|1| **ORDER** |
|2| **IT IS SO ORDERED** that the above reference action is hereby dismissed with prejudice. |

4  12/8/08

*Saundra B Armstrong*
Saundra Brown Armstrong, Judge
UNITED STATES DISTRICT COURT

28  **PLAINTIFF'S REQUEST FOR DISMISSAL; [PROPOSED] ORDER**

2